1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  90 S. Kyrene Rd., Ste. 5
   Chandler, AZ 85226-4687
3  Office: (480) 756-8822
   Fax: (480) 302-4186
4  floyd@bybeelaw.com

5  Attorney for Plaintiff

6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF ARIZONA**

9

10 Justin d. Luman,                            No. CV12-0151-PHX-ROS

11

12      Plaintiff,

13 v.                                          **NOTICE OF DISMISSAL
                                                WITH PREJUDICE**
14 Arrow Financial Services, LLC,
   and Northland Group, Inc.,
15

16      Defendants.

17

18      Plaintiff, by and through counsel, hereby gives notice of dismissal

19 of this case in its entirety against all parties with prejudice, with each

20 party to bear its own attorney's fees and costs.

21 / / /

22 / / /

23

24

25

RESPECTFULLY SUBMITTED: <u>February 27, 2012</u> .


    <u>s/ Floyd W. Bybee</u>
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

- 2 -